IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal No. 10-341-01 |
| BONNIE SWEETEN | : | |

**O R D E R**

AND NOW, this 2̲8̲ day of May, 2013, upon consideration of the government's Motion to Amend Order to Apply Seized Funds as Payment for Restitution, *and no response* for the reasons set forth in the motion, the Court concludes that the motion should be granted, and therefore, it is hereby

ORDERED that the Motion of the United States of America to Amend Order to Apply Seized Funds as Payment for Restitution is GRANTED and the Court's Order dated March 27, 2012 (ECF No. 59) is AMENDED; and it is further

ORDERED that the Federal Bureau of Investigation shall pay over to the Clerk of Court, and the Clerk of Court shall accept, $4,842.00 in United States currency seized from the defendant at the time of her arrest, and the Clerk of Court shall apply these funds as payment for defendant's outstanding restitution obligation imposed in the above-captioned case.

HONORABLE WILLIAM H. YOHN, JR.
United States District Judge