UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF
SUPERVISION WITH THE CONSENT OF THE OFFENDER
(Probation Form - Waiver of Hearing is Attached)

**Offender Name:** Bonnie Sweeten      USD Case No.: 2:10CR00341-01

**Name of Sentencing Judicial Officer:** The Honorable William H. Yohn, Jr.

**Date of Original Sentence:** January 26, 2012

**Original Offense:** Wire fraud (Count 12); aggravated identity theft (Count 18).

**Original Sentence:** One hundred (100) months imprisonment as follows: 76 months on Count 12 of the indictment and 24 months on Count 18 of the indictment to run consecutively. Following custody, supervised release was imposed as follows: three years on Count 12 of the indictment and one year on Count 18 of the indictment to run concurrently. A $200.00 special assessment was imposed.

**Special Conditions:** 1) The defendant shall pay the restitution and special assessment that remains unpaid at the time she is released from prison and adhere to the Court-ordered installment basis; 2) The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment as approved by the Court after receiving a recommendation by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the Court; 3) The defendant shall provide the U.S. Probation Office with full disclosure of her financial records to include yearly income tax returns upon the request of the U.S. Probation Office. The defendant shall cooperate with the probation officer in the investigation of her financial dealings and shall provide truthful monthly statements of her income; 4) The defendant shall participate in a mental health program for evaluation and/or treatment as approved by the Court after receiving a recommendation by the U.S. Probation Office. The defendant shall remain in treatment until satisfactorily discharged with the approval of the Court; 5) As a further special condition of supervised release, the defendant is to refrain from obtaining employment in a human resources position or where her job duties involve access to sensitive financial information; 6) The defendant is prohibited from incurring new credit charges or opening additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with a payment schedule for any fine or restitution obligation. The defendant shall not encumber or liquidate any assets unless it is in direct service of the fine or restitution obligation or otherwise has the express approval of the Court; 7) The defendant shall submit to an initial inspection by the U.S. Probation Office and to any examination during supervision of the defendant's computer and any devices, programs, or applications. The defendant shall allow the installation of any hardware or software systems which monitor or filter computer use. The defendant shall abide by the standard conditions of computer monitoring and filtering that will be approved by the Court. The defendant is to pay the cost of the computer monitoring not to exceed the monthly contractual rate, in accordance with the probation officer's discretion; 8) The defendant shall pay restitution in the amount of $1,091,831.68.

**Judicial Reassignment:** On November 18, 2016, this case was randomly reassigned to the calendar of the Honorable Harvey Bartle, III.

**Type of Supervision:** Supervised Release      **Date Supervision Commenced:** September 28, 2016

**U. S. Attorney's Response:**    No Objections X    Objections _    No Response _

| RE: | Bonnie Sweeten |
|---|---|
| Case No.: | 2:10CR003441-01 |

## PETITIONING THE COURT

*CAUSE:* The defendant was originally ordered to submit payments toward the criminal monetary penalties in the monthly amount of $200.00. A financial investigation was conducted and it has been determined that Ms. Sweeten can afford to submit monthly payments of $100.00 toward the court ordered financial obligation.

It is noted that contact was made with Assistant U.S. Attorney Denise Wolf on December 16, 2016, regarding the proposed monthly payment and modification and she voiced no objections. On December 16, 2016, the proposed modification was presented to Ms. Sweeten. She agreed to the modification and waived her right to a hearing. Ms. Sweeten was offered the opportunity to confer with her attorney; however declined to do so.

☒
    To modify the conditions of supervision as follows: The defendant shall submit payments toward the criminal monetary penalties in monthly installments of $100.00 pending further report by the probation office.

Respectfully submitted,

Matthew R. MacAvoy, Chief
U.S. Probation Officer

Carla S. Benjamin
U.S. Probation Officer

Approved:

Thomas S. Adamczyk
Supervising U.S. Probation Officer
Date: 12-16-16

## ORDER OF THE COURT

Considered and ordered this
_____ 3rd _____ day of February
2017 and ordered filed and made part of
the records in the above case.

U.S. District Court Judge

(PAEP 12/09)

# UNITED STATES PROBATION OFFICE
# EASTERN DISTRICT OF PENNSYLVANIA

## NOTICE FOR MODIFICATION OF SUPERVISION CONDITIONS

TO: **Bonnie Sweeten**          Docket #: **2:10CR00341-01**

This is to notify you that the U.S. Probation Office intends to make a formal request to the Court that the conditions of supervision be modified as follows:

**The defendant shall submit payments toward the criminal monetary penalties in monthly installments of $100.00 pending further report by the probation office.**

The reason for these modifications are:

**The defendant was originally ordered to submit payments toward the criminal monetary penalties in the monthly amount of $200.00. A financial investigation was conducted and it has been determined that Ms. Sweeten can afford to submit monthly payments of $100.00 toward the court ordered financial obligation.**

You have the right to a hearing before the Court on the modification of the conditions of supervision, and the right to be represented by counsel at such hearing. You also have the right to waive such a hearing. You are asked to acknowledge receipt of this notice by signing the applicable portion of this form.

If you desire a hearing, simply sign the ACKNOWLEDGMENT AND REQUEST FOR HEARING portion of the form. You will be notified of the time, date, and location of the hearing.

If you wish to waive a hearing, sign the ACKNOWLEDGMENT AND WAIVER portion of the form.

## ACKNOWLEDGMENT AND REQUEST FOR HEARING

I, Bonnie Sweeten, acknowledge receipt of the Notice for Modification of Supervision Conditions, and request a hearing.

Signature _____   Witness _____
                                              U.S. Probation Officer

Date: _____

## ACKNOWLEDGMENT AND WAIVER OF HEARING

I, Bonnie Sweeten, acknowledge receipt of this Notice for Modification of Supervision Conditions. I have read and understand this Notice, that I have the right to a hearing before the Court, and the right to have legal representation at the hearing. However, I hereby waive my right to a hearing and agree to the proposed modification of the conditions of supervision. I also certify that no promises have been made in order to influence me to give up my right to a hearing, nor have any threats been directed at me if I had elected to proceed with a hearing.

Signature _____   Witness _____
                                                U.S. Probation Officer

Date: 12·16·2016