IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DATE OF |
| | : | NOTICE: May 16, 2018 |
| VS. | : | |
| | : | |
| BONNIE SWEETEN | : | CRIMINAL NO. 10-341 |
| #65850-066 | | |

**NOTICE**

    TAKE NOTICE, That Petition of the Probation Officer, a copy of which is attached, charges you with certain violation which may warrant revocation of your supervised release.

    You are directed to appear at the United States Courthouse, 601 Market Street, Phila., PA on **June 7, 2018 at 11:30 a.m.*** in Courtroom **16-A**, at which time you will be given a hearing on the charges.

    You may have legal counsel present at the hearing if you so desire, in which event you should make appropriate arrangements with your attorney.

/s/ Kristin R. Makely

_____
Kristin R. Makely
Deputy Clerk to Judge Bartle
Phone: 267-299-7389

*Please note time change from 1:30 to 11:30 a.m.

INTERPRETER REQUIRED

NOTICE TO: Defendant (c/o Defense Counsel)
            Kathleen Gaughan, Defense Counsel
            Denise Wolf, U.S. Attorney
            Probation Office
            U.S. Marshal
            Larry Bowman

Cr. 25sr (8/97eej)