IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| BONNIE SWEETEN #65850-066 | : | NO. 10-341 |

ORDER

AND NOW, this 7th day of June, 2018, after hearing in open court sur violation of supervised release in the above-captioned case, with defendant and counsel being present, the court finds the defendant has violated the terms of supervised release as set forth in the petitions of the probation officer dated May 4, 2018 (Doc.# 64) in paragraphs A, C, D, and E and June 4, 2018 (Doc. #74) in paragraphs F, G, and H. Accordingly, it is ORDERED that:

(1) Supervised release is REVOKED.

(2) The defendant is placed in the custody of the United States Attorney General for a term of 9 months.

(3) Upon release from imprisonment the defendant shall be placed on supervised release for a term of 27 months.

(4) The defendant shall participate in Mental Health Court.

(5) The court recommends to the Bureau of Prisons that the defendant be designated to FDC Philadelphia for service of her sentence.

(6) All other previously imposed conditions of supervised release continue.

Copies to
Defendant
K. Gaughan, Def Atty
D Wolf, AUSA
N. Seader, P.O., (2)
US Marshal (2)

BY THE COURT:

_____ J.
Harvey Bartle