PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

RECEIVED
JUL 23 2019
U.S. Probation Office
Eastern District of PA

CASE NUMBER *(Tran. Court)*
2:10CR000341-001

CASE NUMBER *(Rec. Court)*
19 cr 609 (RMB)

| NAME AND ADDRESS OF SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Ms. Bonnie Sweeten | Eastern District of Pennsylvania | Probation |
| | NAME OF SENTENCING JUDGE | |
| | Harvey Bartle III | |

| DATES OF PROBATION/SUPERVISED RELEASE: | FROM 02/06/2019 | TO 07/07/2021 |
|---|---|---|

OFFENSE

18 U.S.C. § 1343; 1349; 2 wire fraud; aiding and abetting (Count 12); and 18 U.S.C. § 1028A(a)(1) aggravated identity theft (Count 18)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>Eastern District of Pennsylvania</u>

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of New Jersey upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_July 23, 2019_
*Date*

_Harvey Bartle_
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>District of New Jersey</u>

    IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_August 30, 2019_
*Effective Date*

_Renee Marie Bumb_
*United States District Judge*